IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                    )
                                     )   2:10-cv-02270-GEB-KJN
                Plaintiff,           )
                                     )
        v.                           )   ORDER RE: SETTLEMENT AND
                                     )   DISPOSITION
Northland Village Associates, a      )
California Limited Partnership,      )
                                     )
                Defendant.           )
_____     )

        Plaintiff filed a "Notice of Settlement" on February 7, 2011, in which he states, "the parties have settled this action [and d]ispositional documents will be filed within (30) calendar days." (ECF No. 14.)

        Therefore, a dispositional document shall be filed no later than March 9, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        The Status Conference scheduled for February 28, 2011, is continued to commence at 9:00 a.m. on March 28, 2011, in the event no dispositional document is filed, or if this action is not otherwise

dismissed.[1]  Further, a joint status report shall be filed fourteen (14) days prior to the status conference.

          IT IS SO ORDERED.

Dated:  February 9, 2011

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

---

[1]     The status conference will remain on calendar, because the mere representation that a case has been settled does not justify discontinuance of calendering a scheduling proceeding.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).